UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ryan Brooks, Sr.,

            Plaintiff,

v.

Michelle Skroch, et al.,
*Nursing Director, Mend Correctional Care*

           Defendants.

Case No. 16-cv-267-MJD-KMM

ORDER

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated August 31, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

This action is **dismissed without prejudice** pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

**Let Judgment Be Entered Accordingly.**

Date: October 20, 2016
           s/Michael J. Davis
           Michael J. Davis
           United States District Court Judge